THOMAS PERRY WELLS, JR.,

Petitioner,

v.

JULIE JONES, SECRETARY,
FLA. DEPT. OF CORRECTIONS,

Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1067

Opinion filed October 14, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Thomas Perry Wells, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.